FILED
July 15, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001956514

2

Allan S. Williams, Bar #176738
**Price Law Group, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
(818) 995-4540 Telephone
(818) 995-9277 Facsimile

Attorney for Debtors
Theodore Williams & Amy Malone

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - BAKERSFIELD DIVISION

| In re:<br><br>**THEODORE WILLIAMS**<br><br>**AMY MALONE,**<br><br>Debtors. | Case No: 09-14829-B-13<br><br>Docket Control No.: PLG-1<br><br>Chapter 13<br><br>Date: Sept. 2, 2009<br>Time: 1:00 pm.<br>Place: 1300 18th Street, 1st Floor<br>Bakersfield, CA |
|---|---|

### DEBTORS' MOTION FOR CONFIRMATION OF FIRST AMENDED CHAPTER 13 PLAN

**TO THE HONORABLE W. RICHARD LEE, MICHAEL H. MEYER/CHAPTER 13 TRUSTEE, ALL LISTED CLAIMANTS AND ALL OTHER INTERESTED PARTIES:**

The Debtors, Theodore Williams & Amy Malone ("Debtors"), hereby move this Court to confirm their proposed first amended plan, which was served on Michael H. Meyer/Chapter 13 Trustee, all creditors and all interested parties on July 14, 2009 and is filed concurrently herewith as Exhibit "1".

The debtors are requesting the Court to approve their first amended Chapter 13 plan based on the following:

1) Debtors have provided for their Chase Home Financial, LLC to be paid outside of the plan and have listed this in Class 4. A true and correct copy of the modified plan is attached hereto as Exhibit "1".

2) Debtors have provided for vehicles in Class 2 to be paid at the correct monthly dividend amount.

WHEREFORE, Debtors prays for an Order of Confirmation of their First Amended Plan.

Date: July 14, 2009

Respectfully submitted,
PRICE LAW GROUP, APC

_____
Allan S. Williams
Attorney for Debtors